UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EARL JONES, | ) Case No. CV 11-4830 SVW(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| STATE OF CALIFORNIA, et al., | ) |
| Respondents. | ) |

    Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

    IT IS SO ADJUDGED.

DATED: April 24, 2012

_____
Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE